UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID NATHANIEL ROBERTS,

    Plaintiff,

    v.

MONTEREY COUNTY JAIL, et al.,

    Defendants.

Case No. 20-cv-07969-SI

**JUDGMENT**

This action is dismissed without prejudice to plaintiff asserting his claims in a new complaint for which he pays the full filing fee at the time he files that action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 24, 2021

_____
SUSAN ILLSTON
United States District Judge